# FIELDS LAW FIRM

MARK KLOTZBUECHER
ATTORNEY
DIRECT 612-206-3483
1-888-847-8517 EXT. 483
MARK@FIELDSLAW.COM

June 6, 2022

## NOTICE OF SETTLEMENT

Magistrate Judge Tony Leung
United States District Court
300 South Fourth Street
Minneapolis, MN  55415

RE:   *Green v. Metropolitan Life Insurance Company*
      Court File No: 0:21-cv-01435-WMW-TNL

Dear Magistrate Judge Leung:

   We represent Plaintiff Robert Green in this matter. Please be advised that this matter has settled and the parties are in the process of exchanging settlement documents and Stipulation for Dismissal with Prejudice will be filed shortly.

Respectfully submitted,

FIELDS LAW OFFICE


s/ Mark Klotzbuecher
Mark Klotzbuecher
612-206-3483
Mark@fieldslaw.com



cc: All Counsel (Via ECF)