UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Robert Green, | Case No. 21-cv-1435 (WMW/TNL) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Metropolitan Life Insurance Company, | |
| Defendant. | |

---

Based upon the stipulation of dismissal with prejudice, (Dkt. 22), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 26, 2022

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge